FILED

JUN 19 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

IN THE MATTER OF THE WARRANT FOR
ADMINISTRATIVE INSPECTION OF:

TRENT W. CROSS, M.D.                    Docket No. 3:20-MJ-1090
1104 MERCHANT DRIVE
KNOXVILLE, TENNESSEE 37912

## WARRANT FOR INSPECTION

To Diversion Investigator Merry C. Church and any other duly authorized investigator or agent of the Drug Enforcement Administration of the United States Department of Justice.

Application having been made and probable cause as defined by Title 21 United States Code (U.S.C.), Section 880(d)(1), having been shown by the affidavit of Diversion Investigator Merry C. Church of the Drug Enforcement Administration for an inspection of the controlled premises of Trent W. Cross, M.D., 1104 Merchant Drive, Knoxville, Tennessee 37912, and described as a medical clinic located in the center portion of a single-story brick office building. The office itself displays the name "WAY-LESS WEIGHT LOSS CLINIC," to the right of the clinic entrance, it appearing that such inspection is appropriate pursuant to 21 U.S.C. § 880.

Therefore, pursuant to the provisions of 21 U.S.C. § 880, you are hereby authorized to enter the above-described premises during ordinary business hours in a reasonable manner and to a reasonable extent for the following purposes:

(1) inspect and inventory all finished or unfinished controlled substances on the premises, including the collection of samples if necessary, and inspect all pertinent equipment, containers, and labeling found therein;

(2) inspect and copy records, files, reports, official order forms, prescriptions, and other documents required to be made, kept and maintained under the provisions of the Controlled Substances Act, 21 U.S.C. § 800, *et seq.*, including electronically-stored data, for the purpose of verifying that said records, files, reports, official order forms, prescriptions, other documents and controlled substances are properly kept and maintained; and,

(3) inspect all records, files, papers, processes, controls and facilities appropriate for verification of the records, reports and documents required to be kept under the provisions of the Act and regulations promulgated thereunder.

You are hereby further authorized to seize from the above-described controlled premises such of the following records, reports, documents, files and inventories, as are appropriate and necessary to the effective accomplishment of the inspection, and for the purpose of copying and

verifying their correctness, or that are used or intended to be used in violation of the Controlled Substances Act:

(1) any and all records showing physical inventories of controlled substances (perpetual and biennial), including electronically-stored inventories;

(2) any and all records showing the distribution, dispensing, administration, or otherwise disposal of controlled substances, including electronically-maintained records;

(3) any and all records showing ordering and receipt of controlled substances, including electronically-maintained records, including executed DEA Form 222, Official Order Forms;

(4) any and all reports of theft or loss of controlled substances, including DEA Form 106, Report of Theft or Loss of Controlled Substances, and including electronically-stored records;

(5) any and all records pertaining to the destruction of controlled substances, including DEA Form 41, Registrant's Inventory of Drugs Surrendered and including electronically-stored records.

This Court authorizes you to copy the above listed items as contained in any computerized format, including hard drives, diskettes, and other such storage devices where records and documents sought by this administrative inspection warrant may be found in electronic form and perform whatever techniques are necessary to ensure that the copies are accurate copies.

A prompt return shall be made by the inspecting officers to the undersigned United States Magistrate Judge, showing that the inspection has been completed and accounting for all property seized pursuant to this warrant, not later than 10 days from the issuance of this warrant.

6/16/2020  3:04pm
Date

_____
Debra C. Poplin
United States Magistrate Judge

## RETURN

I received the attached administrative inspection warrant on _June 16, 2020_ .

On _June 18, 2020_ at _9:10 a.m._ , I conducted administrative inspection of the premises described in the warrant and I left a copy of the warrant with _Trent W. Cross, M.D._

The following records and/or samples of controlled substances were seized pursuant to the warrant:

See attached DEA-12 forms. All original seized documents were photocopied and returned to Dr. Cross that same day.

FILED

JUN 19 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

_6/19/2020_

Merry O. Church
Diversion Investigator
Drug Enforcement Administration

Subscribed and sworn to and returned before me this _____ day of _____, 2020.

_____
NAME OF JUDGE OR MAGISTRATE
United States Magistrate Judge

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Trent Cross, M.D. | | HAIM |
| | **FILE TITLE** KC-20-2010 | |
| | **DATE** June 18, 2020 | |

**DIVISION/DISTRICT OFFICE**

Louisville FD, Knoxville Resident Office

FILED

JUN 19 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 5 pages | Purchase invoice + Letter (numbered/original) | For AIW |
| 4 pages | DEA-41 (filled) | |
| | Controlled Substance Admin Log (original) | |
| | Controlled Narcotic Log (printout) | |
| | Log of Testosterone Injections (copy) | |
| | Patient Consent Testosterone Injection (copy) | |
| | Beginning Inventory Jan 1, 2020 (copy) | |
| | | |
| | follows | |
| | | |
| Nothing | | |
| | | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| | DI Merry Church |
| **WITNESSED BY (Signature)** | NAME AND TITLE (Print or Type) |
| | DI Mark Armstrong II |

**U.S. DEPARTMENT OF JUSTICE** - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| DI Merry Church KRO | FILE TITLE | F I L E D |
| | DATE 6/18/20 | JUN 19 2020 |

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| DIVISION/DISTRICT OFFICE |
|---|
| Louisville Division Office |
| Knoxville Resident Office |

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 8 pages | Purchase Invoice Richie Pharmaceutical | Returned to Registrant |
| 4 pages | DEA-41 | |
| 1 (bulk) | Counseling & Insurance Claim Logs (June 18, 2018 – June 17, 2020) | |
| | | |
| | | |
| | Follows | |
| | Nothing | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| | Trent W. Cross |
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |
| | M Armstrong |

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version